```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**TERRY GILLIAM,**

    **Plaintiff,**

**v.**                                  **CIVIL ACTION NO. 2:04-0790**

**JO ANNE B. BARNHART,**
**Commissioner of the Social**
**Security Administration,**

    **Defendant.**

## MEMORANDUM OPINION AND ORDER

      By Standing Order entered on July 21, 2004, and filed in this case on July 30, 2004, this action was referred to United States Magistrate Judge Mary E. Stanley for submission of proposed findings and recommendation.  Magistrate Judge Stanley submitted her proposed findings and recommendation on August 17, 2005.  In that Proposed Findings and Recommendation, the magistrate judge recommended that this court (1) deny the plaintiff's Motion for Judgment on the Pleadings, (2) grant the defendant's Motion for Judgment on the Pleadings, (3) affirm the final decision of the Commissioner, and (4) dismiss this matter from the court's docket.

      In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted ten days, plus three mailing days, in which to file any objections to Magistrate Judge Stanley's Findings and Recommendation.  No party has filed objections within the requisite period, and the failure of any party to file such

objections constitutes a waiver of such party's right to a <u>de novo</u> review by this court. <u>Thomas v. Arn</u>, 474 U.S. 140 (1985); <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989).

Having reviewed the Proposed Findings and Recommendation filed by the magistrate judge, the court adopts the findings and recommendations contained therein. Accordingly, the court hereby (1) **DENIES** plaintiff's Motion for Judgment on the Pleadings (Doc. No. 11), (2) **GRANTS** defendant's Motion for Judgment on the Pleadings (Doc. No. 16), (3) **AFFIRMS** the final decision of the Commissioner, and (4) **DISMISSES** this matter from the court's docket.

The Clerk is directed to forward a certified copy of this memorandum opinion and order to all counsel of record and to Magistrate Judge Stanley.

**IT IS SO ORDERED** this 22nd day of November, 2005.

ENTER:

David A. Faber
United States District Judge